IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOE RUBEN MULLER,**

    Plaintiff,

v.    Cause No. 1:16-cv-00987-KBM-KK

**GEICO INSURANCE COMPANY,**

    Defendant.

## ORDER OF REMAND

**THIS MATTER** having come before the Court on Defendant GEICO's Unopposed Motion to Remand (Doc No. 6), and the Court having considered the Motion hereby grants Defendant GEICO's Unopposed Motion to Remand.

**WHEREFORE, IT IS HEREBY ORDERED** that GEICO's Unopposed Motion to Remand is hereby granted and this case is remanded back to the New Mexico State District Court, First Judicial District.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE

Approved and Submitted by:

*/s/Jessica C. Singer*
Donna L. Chapman
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM 87199
donna@cclawnm.com
jessica@cclawnm.com
*Attorneys for GEICO*

- And -

<u>Electronically approved 9/27/16</u>
Matthew J. Zamora
Carter & Valle Law Firm, P.C.
8012 Pennsylvania Circle NE
Albuquerque, NM 87110
mz@carterlawfirm.com
*Attorney for Plaintiff*